UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA BUNK,

    Plaintiff,

v.                                              CASE NO: 8:09-cv-1250-T-23EAJ

GC SERVICES LIMITED
PARTNERSHIP-DELAWARE,

    Defendants.
_____/

**ORDER**

The plaintiff states that "the parties have . . . fully resolved their differences and anticipate submitting closing documents within the next thirty days." (Doc. 23) Accordingly, pursuant to Local Rule 3.08(b), this action is **DISMISSED WITHOUT PREJUDICE** to the right of any party within thirty days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on March 15, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE