UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PATRICIA BUNK,

    Plaintiff,

v.                                 Case No. 09-CV-01250-SDM-EAJ

GC SERVICES, LIMITED PARNTERSHIP-
DELAWARE,

    Defendant.

_____/

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, PATRICIA BUNK, and counsel for Defendant, GC SERVICES, LIMITED PARNTERSHIP-DELAWARE, that the above-captioned cause of action be dismissed with prejudice and each party to bear their own fees and costs.

Dated: May 3, 2010

| | |
|---|---|
| LAW OFFICES OF BRIAN P. PARKER, PC | HINSHAW & CULBERTSON, LLP |
| BRIAN P. PARKER (0980668) | CARLOS A. ORTIZ (6293505) |
| Attorney for Plaintiff | Attorney for Defendant |
| 30700 Telegraph Rd., Ste. 1580 | 222 North LaSalle Street, Ste. 300 |
| Bingham Farms, Mi 48025 | Chicago, IL 60601 |
| Tel: (248) 642-6268 | Tel: (312) 704-3198 |
| Fax: (248) 642-8875 | Fax: (312) 704-3001 |
| lemonlaw@ameritech.net | |
| www.collectionstopper.com | |
| | |
| By:   s/Brian P. Parker | By:   s/Carlos A. Ortiz |
|       Brian P. Parker (0980668) |       Carlos A. Ortiz (6293505) |